IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, § § *Plaintiff*, § § v. § § GOVISION, LLC, § § | § § § § § § § § | Case No. 2:18-cv-00100-JRG-RSP LEAD CASE |
| GLUX VISUAL EFFECTS TECH (SHENZHEN) CO., | § § § § | Case No. 2:18-cv-00099-JRG-RSP MEMBER CASE |
| LEYARD OPTOELECTRONIC CO. ET AL.S, | § § § § | Case No. 2:18-cv-00102-JRG-RSP MEMBER CASE |
| SHENZHEN LIANTRONICS CO., LTD. ET AL., | § § § § | Case No. 2:18-cv-00103-JRG-RSP MEMBER CASE |
| SHENZHEN AOTO ELECTRONICS CO., LTD., ET AL., | § § § § | Case No. 2:18-cv-00113-JRG-RSP MEMBER CASE |
| UNILUMIN GROUP CO., LTD. ET AL., *Defendants*. | § § § § | Case No. 2:18-cv-00116-JRG-RSP MEMBER CASE |

## **DECONSOLIDATION ORDER**

The Court **ORDERS** the District Clerk to deconsolidate member case No. 2:18-cv-00099-JRG-RSP, 2:18-cv-00102-JRG-RSP, 2:18-cv-00103-JRG-RSP, 2:18-cv-00113-JRG-RSP, and 2:18-cv-00116-JRG-RSP from lead case 2:18-cv-00100-JRG-RSP. All other member cases remain consolidated.

**SIGNED this 12th day of June, 2020.**

                                                ROY S. PAYNE
                                               UNITED STATES MAGISTRATE JUDGE