# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIV. A. NO.  2:18-CV-00099-JRG-RSP (LEAD CASE) |
| GLUX VISUAL EFFECTS TECH (SHENZHEN) CO., | § § § | |
| LEYARD OPTOELECTRONICS CO., ET AL., | § § § | CIV. A. NO.  2:18-CV-00102-JRG-RSP |
| SHENZHEN LIANTRONICS CO., LTD., ET AL., | § § § | CIV. A. NO.  2:18-CV-00103-JRG-RSP |
| SHENZHEN AOTO ELECTRONICS CO., | § § | CIV. A. NO.  2:18-CV-00113-JRG-RSP |
| UNILUMIN GROUP CO., LTD., ET AL., | § § | CIV. A. NO.  2:18-CV-00116-JRG-RSP (MEMBER CASES) |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion to Stay and Administratively Close (the "Motion") filed by Plaintiff Ultravision Technologies, LLC ("Ultravision") and Defendants Glux Visual Effects Tech (Shenzhen) Co. ("Glux"), Leyard Optoelectronics Co. ("Leyard"), Shenzhen Liantronics Co., Ltd. ("Liantronics"), Shenzhen AOTO Electronics Co., Ltd. ("AOTO"), and Unilumin Group Co., Ltd. ("Unilumin"). (Dkt. No. 109). In the Motion, the parties request that all above-captioned cases be stayed and administratively closed pending the resolution *of Ultravision Technologies, LLC v. Shenzhen Absen Optoelectronics Co., Ltd., et al.*, No. 2:18-CV-00112-JRG-RSP, consolidated into *Ultravision Technologies, LLC v. GoVision, LLC*, No. 2:18-CV-00100-JRG-RSP (the "Absen Case").

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that all proceedings and deadlines in the above-captioned case are **STAYED**. The Clerk of the Court is directed to **CLOSE** the above-captioned cases. Within fourteen (14) days of the resolution of the Absen Case, the parties are **ORDERED** to file a joint status report addressing the status of the above-captioned cases.

**So Ordered this**
**Mar 30, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE